

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2014

Nos. 04-14-00004-CR, 04-14-00005-CR, 04-14-00006-CR, & 04-14-00007-CR

Devon Alexander **KANE**,
Appellant

v.

**STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court Nos. A1319, A1320, A1321, & A1322
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is due August 12, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court